469 A.2d 298

Commonwealth v. Patrick, Appellant.

Petition for Allowance of Appeal
Denied May 25, 1984.

Submitted December 6, 1982. Lewis S.

Small, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.